IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

**UNITED STATES OF AMERICA,**

      Plaintiff,

  vs.                    :  CASE NO.  CR-1-01-009(4)

**NEKIA BARNEY,**

      Defendant.

### SATISFACTION OF CRIMINAL IMPOSITION

The judgment imposition in the above-entitled case having been paid, the Clerk of the United States District Court for the Southern District of Ohio is hereby authorized and empowered to cancel said judgment of record.

                                              GREGORY G. LOCKHART
                                              United States Attorney


                                              s/Deborah F. Sanders
                                              DEBORAH F. SANDERS  #0043575
                                              Assistant United States Attorney
                                              303 Marconi Blvd., Suite 200
                                              Columbus, Ohio 43215
                                              (614) 469-5715

## CERTIFICATE OF SERVICE

I hereby certify that on December 26, 2006, I electronically filed the foregoing Satisfaction of Criminal Imposition with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to Nekia Barney, 108 East Clifton, #3, Cincinnati, Ohio 45210.

                                              s/Deborah F. Sanders
                                              Deborah F. Sanders (0043575)
                                              Assistant United States Attorney